## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Fahad Jafri, et al.
                         Plaintiff,

v.                                        Case No.: 1:11−cv−02421
                                             Honorable Gary Feinerman

Chandler LLC, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 28, 2013:

       MINUTE entry before Honorable Gary Feinerman:For the reasons set forth in a Memorandum Opinion and Order to issue shortly, Defendant Chandler LLC's motion for judgment on the pleadings [37] and Defendant Chandler LLC's motion to dismiss the complaint in intervention [55] are denied. Defendant Chandler LLC shall answer the complaint in intervention [52] by 4/26/2013. Private Plaintiff's motion for leave to file a second amended complaint [82] is granted. Private Plaintiffs shall file their second amended complaint as a separate docket entry. Defendants shall answer or otherwise plead to the second amended complaint by 4/26/2013. Private Plaintiffs' motion to compel [90] is denied without prejudice to reinstatement if Defendant Chandler Condominium Association does not comply with its discovery obligations now that the court has ruled on the motion for judgment on the pleadings [37]. Defendant Chandler Condominium Association's motion for a protective order [92] is denied as moot. Defendant Chandler Condominium Association's motion for leave to file a cross−claim [102] is granted without prejudice to Defendant Chandler LLC or any third−party defendant moving to dismiss the cross−claim/third−party claim. Defendant Chandler Condominium Association shall file its cross−claim by 4/19/2013. Defendant Chandler LLC shall answer or otherwise plead to the cross−claim by 5/10/2013. Status hearing scheduled for 4/22/2013 [129] is stricken and re−set for 5/16/2013 at 9:00 a.m. Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.